UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALANCED HOUSING SOLUTIONS, by its President, Hank Sheinkopf,<br><br>       Plaintiff,<br><br>-against-<br><br>RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal,<br><br>       Defendant. | Case No.1:25-cv-06574<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiff Balanced Housing Solutions, in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: New York, NY
    November 26, 2025

              Respectfully submitted,

              **WALDEN MACHT HARAN & WILLIAMS LLP**

            By: /s/   *Jim Walden*
               Jim Walden
               250 Vesey Street
               New York, NY 10281
               Tel: (212) 335-2030
               jwalden@wmhwlaw.com

               *Attorneys for Plaintiff Balanced Housing Solutions*