UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALANCED HOUSING SOLUTIONS, by its President, Hank Sheinkopf,<br><br>        Plaintiff,<br><br> -against-<br><br>RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal,<br><br>        Defendant. | Case No. 1:25-cv-06574<br><br>**NOTICE OF APPEARANCE** |

To:   The Clerk of the Court and all parties of record:

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Plaintiff Balanced Housing Solutions, in the above-captioned matter and requests that all notices and other papers in this action be served at the address stated below.

Dated: New York, NY
    November 26, 2025

                Respectfully submitted,

                **WALDEN MACHT HARAN & WILLIAMS LLP**

                By: /s/  *Brian Mogck*
                Brian Mogck
                250 Vesey Street
                New York, NY 10281
                Tel: (212) 335-2030
                bmogck@wmhwlaw.com

                *Attorneys for Plaintiff Balanced Housing Solutions*