

Office of the New York State
Attorney General

Letitia James
Attorney General

March 12, 2026

**By ECF**
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Balanced Housing Solutions v. Visnauskas*, No. 25-cv-6574 (DG) (VMS)

Dear Judge Scanlon:

    This Office represents defendant RuthAnne Visnauskas, who is sued in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal ("DHCR") in the above-referenced action. On March 10, 2026, DHCR requested a pre-motion conference for its anticipated Rule 12(b) motion to dismiss the amended complaint. *See* ECF No. 15.

    I have conferred with counsel for plaintiffs and now write jointly on behalf of all parties to respectfully request that the Court adjourn the initial conference scheduled for March 24, 2026 and the corresponding filing of the proposed case management plan (ECF No. 7) until a time after Judge Gujarati resolves the parties' anticipated dispositive motion practice. This is the parties' first such request, and the requested adjournments will not impact any other deadlines in the case. The adjournments are warranted in the interests of conserving judicial and party resources.

    Thank you for your time and consideration.

        Respectfully submitted,

         /s/
        LINDA FANG
        Special Litigation Counsel
        212-416-8580
        Linda.Fang@ag.ny.gov

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov