

July 2, 2026

**By ECF**
Honorable Vera Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Balanced Housing Solutions v. Visnauskas*, No. 25-cv-6574 (DG) (VMS)

Dear Judge Scanlon:

Pursuant to the Court's direction, I submit this letter on behalf of the parties to propose a discovery schedule and a briefing schedule for the anticipated motion to dismiss, and to state the parties' respective stances on the pursuit of a settlement.

1) The parties respectfully propose the following briefing schedule for the defendant's Rule 12(b) motion to dismiss:

- Moving brief due July 17, 2026
- Opposing brief due August 17, 2026
- Reply brief due August 31, 2026

2) The parties have been unable to reach agreement on a discovery schedule and respectfully propose the following respective schedules:

**Plaintiffs:**

- Initial Disclosures due July 6, 2026
- Document Requests, Requests for Admission and Interrogatories due July 8, 2026
    - Produce or respond to items designated as priority items by July 29, 2026
    - Produce all other documents by August 18, 2026
- Fact discovery closes October 16, 2026

- Initial Expert Disclosures by October 26, 2026
- Expert reports due November 10, 2026
- Rebuttal reports due December 8, 2026
- All discovery closes January 15, 2027

**Defendant:**

- Initial Disclosures due July 24, 2026
- Initial Document Requests, Requests for Admissions and Interrogatories due July 24, 2026
- Fact discovery closes February 24, 2027

- Expert reports due March 24, 2027
- Rebuttal reports due April 24, 2027
- All discovery closes May 24, 2027

The parties' primary areas of disagreement concern (1) the length of the time allotted for discovery and (2) plaintiffs' proposed inclusion in the discovery schedule for expedited production of certain unspecified "priority items."

Plaintiffs disagree they are seeking "expedited" discovery—they are merely in favor of a shorter and faster schedule (within applicable FRCP timeframes), given the ongoing risks to the buildings and the fact that defendant has had the benefit of a 2-year investigation, during which it obviously collected much of the material they seek.

Plaintiffs have stated their intention to serve initial disclosures, document requests, and interrogatories tomorrow, July 3.

Defendant believes that the discovery schedule plaintiffs proposed is unrealistic given the volume of discovery that is likely to be involved in this case, the amount of time and effort that will be required to search for, collect, review and produce the documents that are expected to be demanded (some of which are believed to reside only in paper files or in databases that are not electronically searchable), and the number of parties involved. Defendant also does not believe there is any good cause for any expedited discovery in this matter.

3) The parties' mediation efforts were unsuccessful and the parties agree that additional discussions at this juncture are unlikely to be productive towards resolving this action, a situation plaintiffs attribute to defendant.

The parties thank the Court for its consideration in these matters.

Respectfully submitted,

/s/ Bronwyn M. James
BRONWYN M. JAMES
Assistant Attorney General
212-416-8627
Bronwyn.James@ag.ny.gov