

whwllp.com
T: 212-335-2030
F: 212-335-2040

July 9, 2026

**Via ECF**
Chief Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      Re:    *Balanced Housing Solutions v. Visnauskas, No. 25-cv-6574 (DG) (VMS)*

Dear Judge Scanlon:

      With respect to the Court's sealing of ECF No. 28-1, we explain the immediate action we took when Defendant first raised the issue.

      Defendant's counsel Bronwyn James raised the issue of a potential privilege with the Pascal Declaration in an email to us on July 7, 2026, at 2:33 PM. She said: "We believe there is possibly privileged information in the declaration you filed, so we'd like to give you an opportunity to withdraw it before we file a response to your letter tomorrow." I responded 35 minutes later, asking for some specificity on the nature of the privilege asserted and the portions of the declaration allegedly impacted. She responded at 4:13 PM that day, without providing any detail as to the nature of the privilege or the portion(s) of the declaration at issue. I repeated the request in an email to her five minutes later, offering to discuss over the phone as well. I got no answer. I followed up again on July 8, 2026, at 12:22 pm, but, again, received no answer.

      We believe Defendant must show good cause for sealing or redaction under FRCP Rule 5.2, or at the very least must satisfy FRCP Rule 26's requirements by identifying the information subject to the claimed privilege and the basis for it. Absent that specificity, Plaintiffs believe the Pascal Declaration should be unsealed. We do not object to the Court's prophylactic, temporary action, but now having raised the issue, Defendant should be required to provide a specific objection to and basis for the assertion promptly, as we also intended to use the affidavit in connection with the state action but are now constrained from doing so.

      This morning, before submitting this letter, we (again) offered to have a call with Defendant's counsel to discuss and address the purported issue. The response was: "I am conferring with my client and colleagues about the possibly applicable privilege and will contact you to discuss when we are ready to do so."

      Respectfully submitted,



Jim Walden
Walden Haran Williams LLP
(212) 335-2030
jwalden@whwllp.com