

July 14, 2026

**<u>By ECF</u>**
Honorable Diana Gujarati
Honorable Vera Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Balanced Housing Solutions v. Visnauskas*, No. 25-cv-6574 (DG) (VMS)

Dear Judge Gujarati and Judge Scanlon:

      I write to respectfully renew the parties' request that a briefing schedule be set for Defendant's motion to dismiss, pursuant your respective prior orders of June 18 and June 26, 2026 as detailed below.

      The parties jointly proposed a briefing schedule in their joint status letter filed July 2, 2026 (ECF No. 27), as follows:

- Moving brief due July 17, 2026
- Opposing brief due August 17, 2026
- Reply brief due August 31, 2026

      The Court has not entered a schedule for Defendant's Rule 12(b) motion or for discovery, although Plaintiffs have already served initial disclosures and document requests and are seeking expedited discovery (ECF No. 28). Defendant respectfully requests permission to file her Rule 12(b) motion on July 17, 2026 as jointly proposed by the parties.

      I thank the Court for its consideration of this matter.

                     Respectfully submitted,

                     /s/ Bronwyn M. James
                     BRONWYN M. JAMES
                     Assistant Attorney General
                     212-416-8627
                     Bronwyn.James@ag.ny.gov