

July 17, 2026

**By E-Mail**
Jim Walden
Hunter Pearl
Walden Macht Haran & Williams LLP
250 Vesey Street, 27th Floor
New York, NY 10281
Tel: (212) 335-2030
jwalden@wmhwlaw.com
hpearl@wmhwlaw.com

  Re: *Balanced Housing Solutions v. Visnauskas*, No. 25-cv-6574 (DG) (VMS)

Dear Mr. Walden and Mr. Pearl:

  Please find enclosed the notice of motion of Defendant RuthAnne Visnauskas to dismiss the Amended Complaint (ECF No. 14) in the above-captioned action, and memorandum of law in support, which will be electronically filed on ECF with any opposition and reply once the motion is fully briefed.

    Regards,

    /s/ Bronwyn M. James
    BRONWYN M. JAMES
    Assistant Attorney General
    212-416-8627
    Bronwyn.James@ag.ny.gov