



whwllp.com
T: 212-335-2030
F: 212-335-2040

August 11, 2026

**<u>Via ECF</u>**
Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Balanced Housing Solutions v. Visnauskas*, No. 25-cv-6574 (DG) (VMS)

Dear Judge Gujarati:

On Plaintiffs' behalf, and with Defendant's consent, we respectfully request (a) a brief extension of time to oppose Defendant's motion to dismiss and (b) permission to increase the page limit of the opposition brief.  Defendant's motion raises abstention under three different doctrines, including *Younger*, which itself has a long and complicated history, as well as five other issues. We earnestly believe a somewhat longer brief will spare some work for the Court.

**Extension of time**: Plaintiffs respectfully request an extension of time to oppose Defendant's motion to dismiss from August 16, 2026, to August 24, 2026.  Defendant consents to this request provided that the deadline for its reply brief be extended from August 31, 2026, to September 11, 2026.

**Page limit increase**: Plaintiffs respectfully request an increase in the page limit for the memorandum of law in opposition to 35 pages, or the corresponding word count consistent with Rule 7.1(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.  Defendant in turn requests that its reply brief be increased to 15 pages, or the corresponding word count under the Local Rules.

This is Plaintiffs' first such request.  We thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/ Jim Walden*
Jim Walden
Walden Haran Williams LLP
(212) 335-2030
jwalden@whwllp.com

cc: All counsel of record (via CM/ECF)