# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BALANCED HOUSING SOLUTIONS, by its President, Hank Sheinkopf, et al.,

Plaintiffs,

– against –

RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal,

Defendant.

No. 25-cv-06574 (DG) (VMS)

**PROPOSED ORDER**

WHEREAS, Plaintiffs having made a motion for a scheduling order and an order regarding production of exculpatory materials (ECF Doc. No. 41);

WHEREAS, Defendant having made a motion for a protective order (ECF Doc. No. 39), which Plaintiffs opposed (ECF Doc. No. 40).

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The parties shall produce or respond to items designated as priority items by September 18, 2026, produce or respond to all other requested non-privileged documents by October 8, 2026, complete fact discovery by October 16, 2026, complete initial expert disclosures by October 26, 2026, complete expert reports by November 10, 2026, complete rebuttal reports by December 8, 2026, and complete all discovery by January 15, 2027.

2. Defendant shall produce all exculpatory materials within Defendant's files within 30 days of the date of this order. "Exculpatory materials" includes any document in which Defendant reviewed and approved any SubRehab project—whether through applications for Prior Opinions or Exemption Certifications, or in defense of tenant complaints—from the period between and including January 1995 and June 2023. Substantial production must begin by 30 days of the date of this order, but may proceed on a rolling basis thereafter.

3. Defendant's request for a protective order (ECF Doc. No. 39) is DENIED, except that Plaintiffs shall not question Mr. Woody Pascal about attorney-client communication with internal counsel at DHCR without prior application to the Court.

Dated: ______________________

______________________________

HON. VERA M. SCANLON

U.S. MAGISTRATE JUDGE