# Exhibit E

**From:** James, Bronwyn
**To:** "Jim Walden"; Hunter Pearl; Fang, Linda
**Subject:** RE: BHS v. Visnauskas - Service of Amended RFAs and Request to Meet and Confer on Document Production
**Date:** Friday, August 28, 2026 5:00:00 PM

---

Jim,

I do not understand the basis for your comment that dealing with us is "unworkable" in response to my e-mail stating that we are working on responding to your document requests and would check availability for a meet and confer.

I cannot give you an exact date to report that we will begin producing documents but – again, although we object to the propriety of service of your requests, which are also voluminous – we have in good faith endeavored to respond thoroughly to them, gather responsive documents, and produce them as soon as possible, certainly without any deliberate delay. I assure you that we, and our client, have been devoting an exceptional amount of time and effort to this case.

Separately, please let us know whether you will be amending your interrogatories. Thank you.

Regards,
Bronwyn

**Bronwyn James (she/her) | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8627
bronwyn.james@ag.ny.gov

---

**From:** Jim Walden <jwalden@whwllp.com>
**Sent:** Thursday, August 27, 2026 1:54 PM
**To:** James, Bronwyn <Bronwyn.James@ag.ny.gov>; Hunter Pearl <hpearl@whwllp.com>; Fang, Linda <Linda.Fang@ag.ny.gov>
**Subject:** Re: BHS v. Visnauskas - Service of Amended RFAs and Request to Meet and Confer on Document Production

Bronwyn

Dealing with you guys is simply becoming unworkable. We are not going to confer with you on the "heads we win, tales you lose" manner in which NYAG seems committed to.

We will simply go back to Judge Scanlon.

When can we report that you will (finally) begin producing documents?

Jim

---

**From:** James, Bronwyn <Bronwyn.James@ag.ny.gov>
**Date:** Thursday, August 27, 2026 at 12:16 PM
**To:** Hunter Pearl <hpearl@whwllp.com>; Fang, Linda <Linda.Fang@ag.ny.gov>
**Cc:** Jim Walden <jwalden@whwllp.com>
**Subject:** RE: BHS v. Visnauskas - Service of Amended RFAs and Request to Meet and Confer on Document Production

***External Email - Caution before clicking links.***

Hunter,

The e-mail chain shows that on August 13th we asked you to clarify whether the proposals of the discovery stay and others were conditional on each other, and received no answer to that question. Nevertheless, we responded to your proposal on Monday, August 17th – two business days later – agreeing to your proposal of staying discovery. That was not a "counterproposal," but an acceptance of yours. It was not at all "obvious[]" that you were withdrawing your own proposal of a discovery stay, as your firm did not say anything further about your proposed stay after we agreed to it, and never clarified that the proposal had been conditional.

We said on August 17th that if you would like to proceed with discovery and serve revised RFAs, we would respond to those. You have now done so, and so we will respond.

And, as I said, we are working on responding to the document requests – although they were propounded prematurely.

I will check availability for a meet and confer.

Regards,
Bronwyn

**Bronwyn James (she/her) | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8627

bronwyn.james@ag.ny.gov

---

**From:** Hunter Pearl <hpearl@whwllp.com>
**Sent:** Thursday, August 27, 2026 11:20 AM
**To:** James, Bronwyn <Bronwyn.James@ag.ny.gov>; Fang, Linda <Linda.Fang@ag.ny.gov>
**Cc:** Jim Walden <jwalden@whwllp.com>
**Subject:** Re: BHS v. Visnauskas - Service of Amended RFAs and Request to Meet and Confer on Document Production

Bronwyn,

Your response is not in good faith. As the email chain shows, on August 13, we offered a three-part compromise, offering to substantially diminish the RFAs and pause discovery (despite specifically explaining our desire to receive certain discovery prior to completing motion to dismiss opposition) in exchange for your consent for us to file the unsealed Pascal Declaration. We also offered a call to discuss options. We did not receive an answer until August 17, wherein you rejected your part of the proposed compromise (unsealing the Pascal Declaration) and countered that you either "would consent" to a pause of discovery or you would respond to the amended RFAs. We never agreed to either of these counterproposals, obviously, as they offered no compromise regarding the Pascal Declaration, which was our purpose in the proposal. As you acknowledge, these counterproposals were not discussed further.

Based on these emails, did you pause your production of documents, and if so, at what time did you pause production?

We request a meet and confer regarding the status of this production, which can also address the RFAs and interrogatories. Please let us know your availability.

Best regards,
Hunter


**Hunter Pearl**
Associate
**Walden Haran Williams LLP**
250 Vesey Street, 27th Floor
New York, New York 10281
M: (929) 608-9217
O: (212) 335-2982
F: (212) 335-6114

hpearl@whwlllp.com
www.whwllp.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections. If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited. Please immediately notify the sender by replying to this email and please delete the message and any attachments. Thank you.

---

**From:** James, Bronwyn <Bronwyn.James@ag.ny.gov>
**Sent:** Thursday, August 27, 2026 10:43 AM
**To:** Hunter Pearl <hpearl@whwllp.com>; Fang, Linda <Linda.Fang@ag.ny.gov>
**Cc:** Jim Walden <jwalden@whwllp.com>
**Subject:** RE: BHS v. Visnauskas - Service of Amended RFAs and Request to Meet and Confer on Document Production

***External Email - Caution before clicking links.***

Hunter,

On August 13th, your firm proposed a stay of discovery until the motion to dismiss was decided, we said on August 17th that we would consent to the stay, and it was not discussed further (see attached e-mail chain). We construe your e-mail yesterday as informing us that you no longer want to pause discovery, so we will resume our efforts to respond to the document requests, although we maintain our objections that the requests were improperly served in the absence of a court-ordered discovery schedule or completed 26(f) conference.

We will also respond to your amended RFAs, within 30 days of their service.

Do you intend to amend your interrogatories as well?

Thank you,
Bronwyn

**Bronwyn James (she/her) | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
Tel: (212) 416-8627

bronwyn.james@ag.ny.gov

---

**From:** Hunter Pearl <hpearl@whwllp.com>
**Sent:** Wednesday, August 26, 2026 5:30 PM
**To:** Fang, Linda <Linda.Fang@ag.ny.gov>; James, Bronwyn <Bronwyn.James@ag.ny.gov>
**Cc:** Jim Walden <jwalden@whwllp.com>
**Subject:** BHS v. Visnauskas - Service of Amended RFAs and Request to Meet and Confer on Document Production

**[EXTERNAL]**

Linda and Bronwyn,

1. It has now been 52 days since our July 6, 2026 service of Plaintiffs' first set of requests for production—22 days past the deadline for your responses and objections. In our August 3, 2026 meet and confer, you committed to beginning a rolling production of documents. You have not produced a single document since that time, despite many of the requested documents being easily accessible to you (for example, FOIL requests and documents, documents regarding two specifically named administrative decisions, and communications in just the last calendar year between DHCR and New York City agencies and officials concerning SubRehab). We request a meet and confer regarding the status of this production. Please let us know your availability.

2. We are serving the attached amended first requests for admission, which are the RFAs we proposed on August 13 that Bronwyn indicated you would serve responses and objection to in her August 17 email . Although we have amended the first set of RFAs in an effort to start with common ground for production, we disagreed with the bases for your objections and maintain all rights regarding future sets of RFAs.

Best regards,
Hunter

**Hunter Pearl**
Associate
**Walden Haran Williams LLP**
250 Vesey Street, 27th Floor
New York, New York 10281
M: (929) 608-9217

O: (212) 335-2982
F:  (212) 335-6114
hpearl@whwlllp.com
www.whwllp.com

This email message comes from a law firm and it may contain information that is confidential, privileged and/or attorney work product, subject to all privileges and protections.  If you are not an intended recipient, any dissemination, distribution or copying of this email or any of its attachments is strictly prohibited.  Please immediately notify the sender by replying to this email and please delete the message and any attachments.  Thank you.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.