UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALANCED HOUSING SOLUTIONS, by its President, Hank Sheinkopf, et al.,<br><br>Plaintiffs,<br>– against –<br><br>RUTHANNE VISNAUSKAS, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal,<br><br>Defendant. | No. 25-cv-06574 (DG) (VMS)<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 17, 2026, Defendant RuthAnne Visnauskas, in her official capacity as Commissioner of the New York State Division of Housing and Community Renewal, will move this Court by submission of papers before the honorable Diane Gujarati, United States District Judge for the Eastern District of New York, in Courtroom 4B South of the United States District Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an order dismissing the Amended Complaint (ECF 14) in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 17, 2026

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant RuthAnne Visnauskas*

By: *<u>/s/ Linda Fang</u>*
LINDA FANG
Special Litigation Counsel
BRONWYN JAMES
Assistant Attorney General
28 Liberty Street
New York, NY 10005