Office of the New York State
Attorney General

Letitia James
Attorney General

November 13, 2026

**By ECF**
Honorable Diana Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Balanced Housing Solutions v. Visnauskas*, No. 25-cv-6574 (DG) (VMS)

Dear Judge Gujarati:

This Office represents defendant RuthAnne Visnauskas, sued in her official capacity as the Commissioner of the New York State Division of Housing and Community Renewal in this action.

Pursuant to Local Rule 1.4(b), I write to request leave to withdraw as counsel for defendant, on account of my upcoming departure from the Attorney General's Office. Defendant will continue to be represented in this action by this Office through Assistant Attorney General Bronwyn James. I am not asserting a charging lien in this matter, and defendant is aware of my departure and has been provided with a copy of this application.

Thank you for your consideration.

Respectfully submitted,

/s/ Linda Fang
LINDA FANG
Special Litigation Counsel
212-416-8580
Linda.Fang@ag.ny.gov