WALDEN HARAN WILLIAMS

whwllp.com
T: 212-335-2030
F: 212-335-2040

November 19, 2026

**Via ECF**
Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Balanced Housing Solutions v. Visnauskas, No. 25-cv-6574 (DG) (VMS)*

Dear Judge Gujarati:

On behalf of Plaintiffs in the above-referenced matter, we attach a revised declaration from former Commissioner of the Division of Housing and Community Renewal ("DHCR"), Woody Pascal, which was unsealed yesterday by order of Magistrate Judge Scanlon. This declaration was an exhibit (ECF No. 44-1) to our Memorandum of Law in Opposition to DHCR's Motion to Dismiss the Amended Complaint (ECF No. 44).

Respectfully submitted,

*/s/ Jim Walden*

Jim Walden
Walden Haran Williams LLP
(212) 335-2030
jwalden@whwllp.com